CAUSE NO. WR-77,402-42

DARRELL J. HARPER                    IN THE COURT OF CRIMINAL APPEALS

            V.                        THIRD JUDICIAL DISTRICT

STATE OF TEXAS                        SITTING IN AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

PETITION

TO CLERK'S OFFICE:

## I. Introduction:

Come now Petitioner, Darrell J. Harper petitions this Court for discretionary review of appeal no. 03-12-00795CR against Respondent, State of Texas, from trial court no. D-1-DC-11-904087, for Human Rights Violation.

## II. Background:

Respondent, State of Texas, has left a trail of lies and criminality that defies the wildest fiction.

## III. Facts Finding:

Petitioner reasons for discretionary review are as follow:

1. Civil Rights Violation carries no statute of limitations.

2. Respondent lacked jurisdiction to prosecute civil rights violators.

3. Judicial Duties performed under false pretense.

4. Manifest Constitutional Errors committed by trial court ignored.

5. Retaliation for filing employment discrimination complaints, grievances, and suits.

6. In violation of the Civil Rights Act of 1964.

7. Denial of effective assistance of counsel

8. Too many malpractice, constitutional and grievous errors.

9. Injustice

10. Inequality

11. Disparate

12. Disparage

13. Illegal sentence

14. Infringement of flexibility of laws.

15. Laws committing misdeeds.

16. Invalid or defective indictment.

17. No evidence or insufficient evidence.

18. Engaging in racial discrimination

19. Deprivation

20. As Amended.

## IV. Argument Of Authorities:

a) Petitioner was improperly tried in state court for the crime of terroristic threat + retaliation that should have been treat as a federal offense.

b) Conviction obtained by use of coerced confession.

c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

e) Conviction obtained by a violation of the privilege against self-incrimination.

f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

g) Conviction obtained by a violation of the protection against double jeopardy.

h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and empaneled.

## V. Prayer:

Petitioner pray he's justly entitled liberty and prosperity.

## VI. Resolution:

WHEREFORE Petitioner, Darrell J. Harper seeks relief from this court.

Very Truly Yours,

Darrell J. Harper ProSe
Inmate No. 1957729
Larry Gist Unit
3295 F.M. 3514
Beaumont Texas 77705

<u>Certification of Service</u>

Petitioner, Durrell J. Harper does hereby certify that this Petition is true and correct for processing on or around Tuesday the 20th day of January 2015. in accordance with Texas Criminal Appeals Rules and Procedures.

Durrell J. Harper

CAUSE NO.

DARRELL J. HARPER                    IN THE CRIMINAL COURT OF APPEALS

        V.                          THIRD JUDICIAL DISTRICT

STATE OF TEXAS                       SITTING IN AUSTIN, TEXAS


ORDER GRANTING PETITIONER'S DISCRETIONARY FOR REVIEW

On this the _____ day of _____ _____ came
on to be heard Petitioner, Darrell J. Harper's Petition for Discretionary
Review, and it was said that the Petition shall be hereby Granted
or Denied.


[ ] GRANTED                                    [ ] DENIED



Signed on this the _____ day of _____ _____.



_____
Presiding Judge(s)